UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: September 1, 2011

Time in Court: 51 mins (2:30-3:21)

JUDGE:  Jacqueline Scott Corley

Case Number: C11-3335 JSC

Case Name: AF Holdings, LLC v Does 1-96

Attorney (s) for Plaintiff: Brett Gibbs
Attorney (s) for Defendant: No Appearances

Deputy Clerk: Ada Means                                     Court Reporter: Joan Columbini

## PROCEEDINGS:

Plaintiff's Motion for Expedited Discovery- Held

## ORDERED AFTER HEARING:

Court to issue order.

Order to be prepared by: [] Plaintiff        [] Defendant     [x] Court

Notes:

cc:

*Telephonic Appearance