Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | )    **No. C-11-03335 JSC** |
|        Plaintiff, | ) |
|    v. | )    **ADR CERTIFICATION BY PARTIES** |
| | )    **AND COUNSEL** |
| DOES 1-96, | ) |
| | ) |
|        Defendants. | ) |
| | ) |
| _____ | ) |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;
    (2) Discussed the available dispute options provided by the Court and private entities; and
    (3) Considered whether this case might benefit from any available dispute resolution options.

Dated: September 29, 2011            ___/s/ Salt Marsh, AF Holdings Owner___
                                            PARTY

Dated: September 29, 2011            ___/s/ Brett L. Gibbs, Esq., Trial Counsel____
                                             COUNSEL