Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | No. C-11-03335 JSC |
| Plaintiff, | ) | |
| v. | ) | **RULE 26(f) REPORT** |
| DOES 1-96, | ) | |
| Defendant(s). | ) | |

**RULE 26(f) REPORT**

Plaintiff AF Holdings LLC, by and through its counsel, hereby submits this Rule 26(f) Report pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (Doc. No. 3), Federal Rules of Civil Procedure (hereinafter "FRCP") Rules 26(a)(1) and 26(f), and Northern District of California Civil Local Rule (hereinafter "L.R.") 16-9(a):

**1. Individuals Likely to Have Discoverable Information:**

- Salt March, Owner of AF Holdings

- Peter Hansmeier – 161 North Clark Street, Suite 3200, Chicago, Ill., 60601.

- Person Most Knowledgeable ("PMK") at each ISP's Subpoena Department listed in Exhibit A of the Complaint – Legal Department Compliance Contact Information.

- Subscriber(s)/Doe Defendant(s) – Currently unidentified.
- Plaintiff reserves the right to add to this list of individuals identified as necessary in the future.

**2. Documents, Electronically Stored Information, and Tangible Things:**

- Physical Documents – Plaintiff's copyright records.
- Electronically Stored Information – BitTorrent auditor, forensic information demonstrating infringing activity over the BitTorrent.

**3. Projected Discovery Timelines:**

At this point, any projected timelines are premature for reasons explained in Plaintiff's Case Management Conference Statement. (*See* ECF No. 19).

**4. Subjects on Which Discovery, Including Electronic Discovery, Will be Needed:**

As noted in Plaintiff's Case Management Conference Statement (ECF No. 19), on July 11, 2011, Plaintiff filed an *Ex Parte* Application for Leave to Take Expedited Discovery. (ECF No. 6). This Court denied Plaintiff's Application. Plaintiff believes that it was unfairly held to a higher scrutiny than applicable law required, and, thus, hopes that the Court will grant Plaintiff's Motion to Certify the Court's September 27, 2011 Order for Interlocutory Review by the Ninth Circuit Court of Appeals so that it can have the Ninth Circuit review the Court's Order Denying Without Prejudice Plaintiff's Request for Discovery Prior to Rule 26(f) Conference. (ECF Nos. 14, 15.)

**5. Objections:**

Plaintiff objects to the Court requiring Plaintiff to make any projected deadlines in this case at this time.

**6. Discovery Motion Currently Pending:**

N/A.

**7. Other Issues:**

N/A.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: October 11, 2011**

By:     /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 11, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                              /s/ Brett L. Gibbs
                                                              Brett L. Gibbs, Esq.