## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

Date: October 13, 2011

Time in Court: 29 mins (9:00-9:29)

JUDGE:  Jacqueline Scott Corley

Case Number: C11-3335 JSC

Case Name: AF Holdings LLC v Does 1-96

Attorney (s) for Plaintiff: Brett Gibbs
Attorney (s) for Defendant: No Appearance

Deputy Clerk: Ada Means                                          Court Reporter: Belle Ball

## PROCEEDINGS:

Plaintiff's Motion for Certificate of Appealability (dkt. No. 15)- Held

## ORDERED AFTER HEARING:

Plaintiff's Motion for Certificate of Appealability is DENIED WITHOUT PREJUDICE.

Order to be prepared by: [] Plaintiff        [] Defendant      [x] Court

Notes:

cc:

*Telephonic Appearance