UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF Holdings LLC, ) | |
| ) | |
| Plaintiff(s), ) | No. C11-3335 JSC |
| ) | |
| v. ) | CLERK'S NOTICE RESCHEDULING |
| ) | CASE MANAGEMENT CONFERENCE |
| Does 1-96, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that the Case Management Conference currently scheduled for October 20, 2011 at 1:30 p.m. before Magistrate Judge Jacqueline Scott Corley is vacated and rescheduled for **December 8, 2011 at 1:30 p.m. ,** in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. The case management conference statement shall be filed by December 1, 2011.

Dated: October 18, 2011

_____
Ada Means- Deputy Clerk to
United States Magistrate Judge

1