United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>DOES 1-96,<br><br>        Defendants. | Case No.: C-11-03335 JSC<br><br>**ORDER REGARDING WRITTEN ASSIGNMENT** |

      This lawsuit is one of a wave of mass copyright infringement actions that have been filed across the United States. Plaintiff AF Holdings LLC seeks statutory damages from 96 doe defendants for alleged copyright infringement of the adult video "Sexual Obsession." Plaintiff is not the author of the video; instead, judicially noticeable records from the United States Copyright Office reveal that copyright to the video was registered to Heartbreaker Films in March 2011. The Complaint alleges that AF Holdings was assigned the copyright to the video at some undisclosed time by the author of the video or an assignee of the video's author. (Dkt. No. 1 at ¶¶ 18-19.)

As Plaintiff's standing is a prerequisite to pursuing this action, see, e.g., Righthaven LLC v. Newman, 2011 WL 4762322, at *1 (D. Nev. Oct. 7, 2011), Plaintiff is directed to submit to the Court a copy of all written assignments demonstrating that Plaintiff is the exclusive owner of the copyright to the video at issue.

**IT IS SO ORDERED.**

Dated:  November 4, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE