1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                   NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11
   AF HOLDINGS LLC,                    )    **No. C-11-03335 JSC**
12                                      )
            Plaintiff,                  )    **NOTICE OF VOLUNTARY DISMISSAL**
13       v.                             )    **OF ACTION WITHOUT PREJUDICE**
                                        )
14 DOES 1-96,                           )
                                        )
15          Defendants.                 )
                                        )
16 _____     )

17       **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
18

19       **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),
20
   Plaintiff voluntary dismisses this action in its entirety without prejudice.
21
         Plaintiff greatly appreciates the Court's rigorous analysis of the issues in this case.
22
   Unfortunately, after conferring with Internet Service Providers it appears that the data sought by
23
   Plaintiff in this action has been destroyed in light of the passage of time. Accordingly, Plaintiff has
24
   no choice but to dismiss this action without prejudice.
25
         In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining
26
   in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary
27
   judgment.  Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.
28

1

     Respectfully Submitted,

2

                    PRENDA LAW INC.,

3

**DATED: December 1, 2011**

4

5

                  By:        _____/s/  Brett L. Gibbs, Esq._____

6

                  Brett L. Gibbs, Esq. (SBN 251000)
                  Prenda Law Inc.

7

                  38 Miller Avenue, #263
                  Mill Valley, CA 94941

8

                  blgibbs@wefightpiracy.com
                  *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE    No. C-11-03335 JSC

1

## CERTIFICATE OF SERVICE

2

3

The undersigned hereby certifies that on December 1, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

4

5

6

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE        No. C-11-03335 JSC