Case3:11-cv-03335-JSC Document4 Filed07/11/11 Page1 of 1

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

    In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court, Northern District of California |
|---|---|---|
| DOCKET NO.<br>CV 11-03335 JSC | DATE FILED<br>7/7/11 | 450 Golden Gate Avenue, San Francisco, CA 94102 |
| PLAINTIFF<br>AF HOLDINGS LLC | | DEFENDANT<br>DOES 1-96 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

    In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

    In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED<br>12-1-11 |
|---|---|---|
| CLERK<br>    Richard W. Wieking | (BY) DEPUTY CLERK<br>    Gloria Acevedo | DATE<br>July 11, 2011 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     NORTHERN DISTRICT OF CALIFORNIA
8
                          SAN FRANCISCO DIVISION
9

10

11
   AF HOLDINGS LLC,                )   No. C-11-03335 JSC
12                                 )
              Plaintiff,            )   **NOTICE OF VOLUNTARY DISMISSAL**
13       v.                        )   **OF ACTION WITHOUT PREJUDICE**
                                   )
14 DOES 1-96,                      )
                                   )
15            Defendants.          )   ENTERED IN CIVIL DOCKET /2-1+//
                                   )
16 _____  )

17
           **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
18

19    **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),
20 Plaintiff voluntary dismisses this action in its entirety without prejudice.
21
       Plaintiff greatly appreciates the Court's rigorous analysis of the issues in this case.
22
   Unfortunately, after conferring with Internet Service Providers it appears that the data sought by
23
   Plaintiff in this action has been destroyed in light of the passage of time. Accordingly, Plaintiff has
24
25 no choice but to dismiss this action without prejudice.

26     In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining
27 in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary
28 judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

1  Respectfully Submitted,

2  PRENDA LAW INC.,

3  **DATED: December 1, 2011**

4

5  By: ___/s/ Brett L. Gibbs, Esq.___

Brett L. Gibbs, Esq. (SBN 251000)
6  Prenda Law Inc.
   38 Miller Avenue, #263
7  Mill Valley, CA 94941
   blgibbs@wefightpiracy.com
8  *Attorney for Plaintiff*

2

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE         No. C-11-03335 JSC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.